146 A.3d 477

Antwann GIBSON

v.

STATE of Maryland

No. 48, Sept. Term, 2016

Court of Appeals of Maryland.

September 28, 2016

SUBMITTED BY Brian Saccenti, Assistant Public Defender (Paul B. DeWolfe, Public Defender of Maryland of Baltimore, MD), on brief, for Petitioner.

SUBMITTED BY Zoe Gillen White, Assistant Attorney General (Brian E. Frosh, Attorney General of Maryland of Baltimore, MD), on brief, for Respondent.

SUBMITTED BEFORE Barbera, C.J., Greene, Adkins, McDonald, Watts, Hotten, Getty, JJ.

PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 28th day of September, 2016,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to that Court for further consideration in light of Sellman v. State, 449 Md. 526, 144 A.3d 771 (2016). Costs in this Court to be paid by the Respondent and costs in the Court of Special Appeals to abide the result.